Argued and submitted November 3, review dismissed as improvidently allowed
November 19, 1992

TEKTRONIX, INC.,
an Oregon corporation,
*Respondent on Review,*

*v.*

OREGON LIFE AND HEALTH
INSURANCE GUARANTY ASSOCIATION,
*Petitioner on Review.*

(CC 9004-02451; CA A68402; SC S39452)

840 P2d 707

William L. Hallmark, of Hallmark, Keating & Abbott, P.C., Portland, filed the petition and argued the cause for petitioner on review. Also on the petition was Lindsey H. Hughes.

E. Walter Van Valkenburg, of Stoel Rives Boley Jones & Grey, Portland, filed the responses and argued the cause for respondent on review.

Lisa E. Lear and Chrys A. Martin, of Bullivant, Houser, Bailey, Pendergrass & Hoffman, Portland, filed an *amicus curiae* brief in behalf of the National Organization of Life and Health Insurance Guaranty Associations. Also on the brief were Charles W. Havens, III, and Rita M. Theisen, of LeBoeuf, Lamb, Leiby & MacRae, Washington, D.C.

Before Carson, Chief Justice, and Peterson, Gillette, Van Hoomissen, Fadeley, and Unis, Justices.

MEMORANDUM OPINION

Review dismissed as improvidently allowed.